THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | |
| Plaintiff, | : | Case No. 2:23-cv-3782 |
| v. | : | Judge Walter H. Rice<br>Mag. Judge Michael R. Merz |
| SMOKER ZONE LLC, d/b/a Smokers Zone, *et al.*, | : | |
| Defendants. | | |

---

ORDER DIRECTING PLAINTIFF GS HOLISTIC, LLC TO FILE MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO VALIDITY OF UNITED STATES TRADEMARK REGISTRATION NOS. 6,174,291; 6,174,292; AND 6,633,884 WITHIN TWENTY-EIGHT (28) DAYS OF ENTRY; FAILURE TO SO MOVE WILL RESULT IN CAPTIONED CASE PROCEEDING TO TRIAL

---

This case is before the Court on its *sua sponte* review of the Complaint filed by Plaintiff GS Holistic, LLC, against Defendants Smoker Zone LLC, d/b/a Smokers Zone, Tariq Yousef, Abderrahim Ahzaou, and Yousef Alhejazin. (Doc. #1). Plaintiff accuses Defendants of infringing its United States Trademark Registration Nos. 6,174,291; 6,174,292; and 6,633,884. (*Id.* at PAGEID 3, ¶ 12). The validity of a trademark is a question that may be resolved by a dispositive motion. *See, e.g., Basketball Mktg. Co., Inc. v. Upscale Enter. & Mktg. Grp.*, 227 F. App'x 492, 493-94 (6th Cir. 2007) (affirming district court's grant of summary judgment on the validity of a registered trademark after "[t]he district court thoroughly reviewed Plaintiffs'

claim of trademark infringement and the law governing that claim."). Accordingly, Plaintiff is ORDERED to move for summary judgment on the issue of the validity of its trademarks within twenty-eight (28) days of this Order. Failure to so move will result in the matter proceeding to trial.

IT IS SO ORDERED.

April 11, 2025

Walter H. Rice
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT