IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | |
| Plaintiff, | : | Case No. 2:23-cv-3782 |
| v. | : | Judge Walter H. Rice |
| SMOKER ZONE LLC, d/b/a Smokers Zone, *et al.*, | | Mag. Judge Michael R. Merz |
| Defendants. | : | |

---

ORDER REQUIRING DEFENDANTS SMOKER ZONE LLC, d/b/a SMOKERS ZONE, TARIQ YOUSEF, ABDERRAHIM AHZAOU, AND YOUSEF ALHEJAZIN TO RESPOND TO PLAINTIFF GS HOLISTIC, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. #12) WITHIN FOURTEEN (14) DAYS OF ENTRY; FAILURE TO RESPOND WILL RESULT IN THE MOTION BEING SUSTAINED AND JUDGMENT ULTIMATELY BEING ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS ON THE ISSUES OF TRADEMARK VALIDITY AND INFRINGEMENT; IF DEFENDANTS FILE A MEMORANDUM *CONTRA* WITHIN THE ABOVE TIME FRAME, THEN PLAINTIFF MAY FILE A REPLY MEMORANDUM WITHIN THE TIME PROVIDED BY LOCAL RULE 7.2

---

Before the Court is Plaintiff GS Holistic, LLC's Motion for Partial Summary Judgment (Doc. #12), filed on May9, 2025. Defendants Smoker Zone LLC, d/b/a Smoker Zone, Tariq Yousef, Abderrahim Ahzaou, and Yousef Alhejazin have not responded to the Motion, and the time for doing so has expired. S.D. OHIO CIV.R. 7.2(a)(2). However, in the interest of resolving cases on the merits, *Russell v. City of Farmington Hills*, 34 F. App'x 196, 198 (6th Cir. 2002), the undersigned is

providing Defendants one last chance to address the arguments raised by Plaintiff.

Accordingly, Defendants are ORDERED to respond to the Motion within fourteen (14) days of entry. No further delays or extensions of time will be countenanced. Any response must address both: (1) the arguments raised in the Motion as to the validity and ownership of the trademarks at issue, and (2) whether Defendants, knowingly or not, infringed those trademarks.[1] Failure to respond in that time will result in the Motion being sustained and judgment ultimately being entered in favor of Plaintiff and against Defendants on the issues of trademark validity and infringement.

IT IS SO ORDERED.

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

June 6, 2025

---

[1] As the parties aware, the captioned case is one of twenty-nine in this Court in which motions for summary judgment have been filed as to the validity and ownership of Plaintiff's trademarks. In the three cases in which the defendants have responded to Plaintiff's motion, defendants have all conceded that they infringed upon Plaintiff's trademarks. *See, e.g.*, Resp. to Motion, Case No. 3:23-cv-336, Doc. #24, PAGEID 81 ("Defendants do not challenge the validity of Plaintiff's trademarks, nor the statutory liability of Defendants in this action."). Thus, in any response, the Court expects Defendants to set forth whether or not they contest liability, and why.